UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED

MAR – 4 2025

NATHAN OCHSNER, CLERK OF COURT

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs. | § | CRIMINAL NO. B-25-137 |
| ELGER FABRICIO COTTO-NAVARRO | § | |

## INDICTMENT

THE GRAND JURY CHARGES:

On or about February 3, 2025, in the Southern District of Texas, Defendant,

**ELGER FABRICIO COTTO-NAVARRO,**

did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by making a false statement regarding his identity as a minor named E.F.C.N., to Claudia Gomez, a case manager in a Department of Health and Human Services funded facility charged with housing and caring for unaccompanied minors in Harlingen, Cameron County, Texas.

The statement and representation was false, because as the defendant then and there knew, he was an adult.

In violation of Title 18, United States Code, Section 1001(a)(2).

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

_Paul Marian_
_____
Paul Marian
Assistant United States Attorney